MARVIN W. GREENBERG, *ET AL.*, PLAINTIFFS-RESPONDENTS, v. JAMES STANLEY, *ET AL.*, DEFENDANTS-PETITIONERS.

See same case below: 51 *N. J. Super.* 90.

*Messrs. Harkavy & Lieb, Messrs. Stryker, Tams & Horner* and *Mr. John J. Monigan, Jr.,* for the petitioners.

*Messrs. Budd, Larner & Kent* for the respondents.

September 29, 1958. Granted.

ANTHONY GENOVAY, PLAINTIFF-RESPONDENT, v. CHARLES FOX, DEFENDANT-PETITIONER.

See same case below: 50 *N. J. Super.* 538.

*Messrs. Lenox, Giordano & Lenox* and *Mr. Richard J. S. Barlow, Jr.,* for the petitioner.

*Messrs. Pellettieri & Rabstein* and *Mr. Lewis C. Stanley* for the respondent.

September 29, 1958. Granted.